STATE v. STEPHENS

No. 423P93

Case below: 111 N.C.App. 932

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

STATE v. USSERY

No. 425P93

Case below: 111 N.C.App. 932

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

STATE v. WALLACE

No. 368P93

Case below: 111 N.C.App. 581

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

SWAIN v. LEAHY

No. 429P93

Case below: 111 N.C.App. 884

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

UNCC PROPERTIES, INC. v. GREEN

No. 433P93

Case below: 111 N.C.App. 391

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 December 1993.